```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEDDY ALCENAT,

                Plaintiff,

-against-

CITY OF NEW YORK et al.,

                Defendants.

23-CV-02086 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      Counsel for all parties are ORDERED to appear for a video conference before Judge Garnett on **Monday, June 17, 2024, at 3:00 p.m.** to discuss the discovery dispute explained in the parties' letters at Dkt. Nos. 24 and 25. The conference will be held by Microsoft Teams. The information regarding the Teams meeting is provided below, and a direct link will be sent to counsel in advance of the meeting. Counsel are directed to Rule II(A)(2) of the Court's Individual Rules & Practices concerning remote conferences. The Clerk of Court is respectfully directed to terminate Dkt. No. 24.

      **Microsoft Meeting ID**: 252 712 106 799 // **Passcode**: 2zCQQw

Dated: June 13, 2024
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge