**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**HANNAH V. FADDIS**
*Assistant Deputy Chief of Trials*
Phone: (212) 356-2486
Fax: (212) 356-1148
hfaddis@law.nyc.gov

October 28, 2024

**BY ECF**
Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:  <u>Teddy Alcenat v. City of New York, et al.</u>
           23 Civ. 2086 (MMG)

Your Honor:

    I am one of the attorneys assigned to represent the City of New York, Ashley Zhao, and Bryan Carney in the above-referenced matter. The defendants write to inform the Court that they have reached a resolution in principle with the plaintiff of all claims in this action. Accordingly, the defendants respectfully request an adjournment *sine die* of all outstanding deadlines and appearances. Plaintiff's counsel joins in this request.

    The defendants thank the Court for its consideration.

Sincerely yours,

/s

Hannah V. Faddis
*Senior Counsel*
Special Federal Litigation Division

cc:    VIA ECF
       *All Counsel of Record*

In light of the Notice of Settlement, the Court adjourns the October 29, 2024 deadline set forth at Dkt. No. 36 to file a Joint Pretrial Order and all pretrial filings, including motions *in limine*, joint requests to charge, a joint proposed verdict sheet, and joint *voir dire* questions.

However, the trial beginning on **December 3, 2024** remains on the calendar unless and until the parties (1) file a stipulation of dismissal or settlement; or (2) appear in person to put the material terms of a settlement on the record. *See* Dkt. No. 36. If parties have not completed either of those two options by **November 15, 2024**, then they MUST file their Joint Pretrial Order and all pretrial filings (as described at Dkt. No 36) by **November 15, 2024**, and all other deadlines set forth at Dkt. No. 36 will remain in effect, including the commencement of trial on December 3.

The Clerk of Court is directed to terminate Dkt. No. 40.

SO ORDERED.  Date 10/28/2024

HON. MARGARET M. GARNETT
U.S. DISTRICT JUDGE